**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jesse Edgardo HERRERA, a.k.a. Harald Herrera, a.k.a. Harold Herrera, a.k.a. Herald Herrera, a.k.a. Jesse B. Herrera, a.k.a. Jesse Edgar Herrera, a.k.a. Jessie Herrera, Defendant-Appellant.**

**No. 16-50162**

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

Jean-Claude Andre, Assistant U.S. Attorney, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Jesse Edgardo Herrera, Pro Se

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jesse Edgardo Herrera appeals pro se from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Herrera's plea agreement provided that, if he received the benefit of then-pending Amendment 782 at sentencing, he waived any right to file a later motion for a sentence reduction under that amendment. Contrary to Herrera's contention, the record reflects that the sentencing court granted him the benefit of Amendment 782 by way of a two-level downward variance. Accordingly, the district court correctly concluded that Herrera had waived the right to pursue a further reduction.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.